

United States District Court
Eastern District of California

| Christian Javier Gonzalez-Camano |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-01556-TLN-DMC |

V.

| Moises Becerra, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Stephen A. Lagana _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Christian Javier Gonzalez-Camano
_____

On _____ 02/24/1995 _____ (date), I was admitted to practice and presently in good standing in the
_____ U.S. District Court of Massachusetts _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____ 02/18/2026 _____        Signature of Applicant: /s/ STEPHEN A. LAGANA _____

**Pro Hac Vice Attorney**

Applicant's Name: Stephen A. Lagana

Law Firm Name: Law Offices of Stephen A. Lagana

Address: 145 Essex Street

City: Lawrence     State: MA     Zip: 01840

Phone Number w/Area Code: (978) 794-2331

City and State of Residence: Boston, Massachusetts

Primary E-mail Address: lagana.law@gmail.com

Secondary E-mail Address: bstnlawman@aol.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daljit K. Ghuman

Law Firm Name: Ghuman Law Group, Inc.

Address: 2450 Venture Oaks Way, Suite 225

City: Sacramento     State: CA     Zip: 95833

Phone Number w/Area Code: (916) 692-9052     Bar # 318600

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2026

_____
JUDGE, U.S. DISTRICT COURT